UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY C. HAMPTON, | No. 2: 19-cv-1660 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| ALKIRE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 31, 2020, this action was dismissed pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 55.)

On May 17, 2021, plaintiff filed a letter containing allegations regarding his safety and mental health at California State Prison-Los Angeles County, where plaintiff is now incarcerated. (ECF No. 36.) The instant action proceeded on claims against defendants employed at High Desert State Prison.

Good cause appearing, the Clerk of the Court is directed to open a new action with plaintiff's May 17, 2021 letter and transfer this new action to the United States District Court for the Central District Court of California, where venue is appropriate. See 18 U.S.C. § 1391(b); 28 U.S.C. § 1406(a) (in the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to open a new action with plaintiff's May 17, 2021 letter;
2. The Clerk of the Court is directed to file the instant order in the new action;
3. The Clerk of the Court is directed to transfer the new action to the United States District Court for the Central District of California.

Dated: May 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hamp1660.tra