**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GARY G. HAMPTON,

              Plaintiff,

    v.

ALKIRE, et al.,

              Defendants.

**Case No. CV 21-04164 SB (RAO)**

**JUDGMENT**

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Dismissal.

DATED: June 23, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE